AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

JASON EVAN BROWNE,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: 3:07-cv-00290-RCJ-RAM

E.K. McDANIEL, et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus [19] is DENIED IN ITS ENTIRETY. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.


October 21, 2010                                          **LANCE S. WILSON**
                                                                                                  Clerk

                                                                                          /s/ M. Campbell
                                                                                          Deputy Clerk